UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL DAVID HAWK,

        Plaintiff,

v.                                                                            Case No. 06-C-848

SHAUN MORROW,

        Defendant.

**ORDER**

Plaintiff Daniel David Hawk has filed this action against Shaun Morrow, a state parole agent. He states he wants the defendant to "back off" on his attempts to revoke Hawk's probation; he also alleges an equal protection claim on the basis that he would not be able to recoup any monies he paid the Oneida Tribe should he be successful on the appeal of his conviction for theft.

These allegations fail to state federal claims. This court has no authority to interfere in state parole proceedings. Further, Hawk's equal protection claim stems out of the nature and circumstances of his crime rather than any unequal treatment. Accordingly, the complaint will be dismissed and leave to proceed *in forma pauperis* is denied.

**SO ORDERED** this   8th   day of August, 2006.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge